## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

UNITED STATES OF AMERICA,      :
      :
      Plaintiff,      :
      :
v.      :      **Civil Action**
      :      **No. 5:09-CV-198 (CAR)**
**$22,010.00 IN UNITED STATES FUNDS,**      :
      :
      **Defendant Property,**      :
      :
**ERROL BERNARD BELL,**      :
      :
      **Claimant.**      :
_____      :

### FINAL ORDER OF FORFEITURE

On June 12, 2009, Plaintiff filed a Verified Complaint for Forfeiture against the Defendant Property. The Complaint alleges that the Defendant Property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C.§ 881(a)(6). Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      Pursuant to a Warrant of Arrest this Court issued on June 15, 2009, the U.S. Marshals Service for the Middle District of Georgia arrested and seized the Defendant Property on June 17, 2009.

1

2. The United States perfected service of process of this action on potential claimants Erroll Bernard Bell and Tameka Sims.

3. The United States published notice of this action on an official government website, www.forfeiture.gov for at least thirty (30) consecutive days, beginning on June 23, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. On July 9, 2009, Claimant Erroll Bernard Bell, through his counsel, William Taylor Payne, Esq., filed a Claim in this forfeiture action, and a subsequent Answer on July 12, 2009, asserting his interest in the Defendant Property described as $22,010.00 in United States Funds.

5. On February 23, 2011, the United States and the Claimant, through his counsel, filed a Joint Notice of Claimant's Voluntary Election to Withdraw Claim and Answer, waiving any right or claim to the Defendant Property.

6. As of today's date, no other person or entity has filed a claim and answer in this action and the time for filing a timely claim and answer has expired.

7. Plaintiff had probable cause to commence this action against and to seek forfeiture of the Defendant Property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

It is SO ORDERED this 22nd day of March, 2011.


                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL, JUDGE
                                        UNITED STATES DISTRICT COURT


bcw